**Order filed February 16, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00102-CR

_____

## JESSE VILLAFRANCO JR., Appellant
## V.
## THE STATE OF TEXAS, Appellee

═══════════════════════════════════

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CR45624**

═══════════════════════════════════

### O R D E R

Because the opinion issued in this cause on February 16, 2023, contains information from the sealed briefs and sealed records, we have determined that the opinion should be placed under seal. Accordingly, we order that the attached opinion is hereby sealed. *See* TEX. R. APP. P. 9.10(g).

February 16, 2023                                      PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.